

## JAN R. SCHLICHTMANN
ATTORNEY AT LAW.PC

September 10, 2010

Hon. Rya W. Zobel
United States District Judge
US District Court for the District Of Massachusetts
John Joseph Moakley US Courthouse
1 Courthouse Way – Suite 2300
Boston, Massachusetts 02210

**Re:  *US ex rel Duxbury v. Ortho Biotech Products LP*, CA No. 03-12189-RWZ**

Dear Judge Zobel:

Counsel for the parties have conferred and they are available for a telephone status conference at the convenience of the Court at anytime between 11AM-4PM on Monday, Tuesday, or Wednesday of next week.  If none of these days are convenient, I will of course, work with the clerk to determine the available days and times that best fit the Court's schedule.

Sincerely,

Jan Schlichtmann, Esq.
Attorney for Relator

cc: Ethan M. Posner, Esq.

P.O.Box 233
Prides Crossing MA 01965
Tel.978.927.1037
Fax.978.232.9668
jan@schlichtmannlaw.com

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that a true and correct copy of this Letter Request/Non-motion was served upon counsel of record by Electronic Service this date.

Dated: September 10, 2010


/s/ Jan R. Schlichtmann

Jan Richard Schlichtmann, Esq.
P.O. Box 233
Prides Crossing, Massachusetts 01965
BBO #445900
O – 978-927-1037
F – 978-232-9668
Email:  jan@schlichtmannlaw.com