# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHINYELU DUXBURY, | |
| Relator, | Civil No. 03-12189 (RWZ) |
| v. | The Honorable Rya W. Zobel |
| ORTHO BIOTECH PRODUCTS, L.P., | |
| Defendant. | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Ortho Biotech Products, L.P. ("OBP") moves for summary judgment on all remaining claims in this action. In support of this motion, OBP submits: (1) Memorandum in Support of Defendant's Motion for Summary Judgment; (2) Defendant's Statement of Undisputed Facts; and (3) Stipulation, dated October 31, 2011 (Exhibit A to Defendant's Statement of Undisputed Facts).

Respectfully submitted,

/s/ Ethan M. Posner
Ethan M. Posner (admitted *pro hac vice*)
Patrick S. Davies
Anne Y. Lee (BBO # 667381)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(Tel) (202) 662-6000
(Fax) (202) 662-6291
eposner@cov.com
pdavies@cov.com
alee@cov.com

*Attorneys for Defendant Ortho Biotech Prods., L.P.*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served upon the following attorneys by Electronic Case Filing and/or by First Class Mail on November 15, 2011:

| | |
|---|---|
| Sara Miron Bloom<br>U.S. Attorney's Office<br>District of Massachusetts<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210 | Kathleen C. Chavez<br>The Chavez Law Firm, P.C.<br>416 S. Second Street<br>Geneva, IL 60134 |
| Jamie Yavelberg<br>United States Department of Justice<br>601 D Street, N.W.<br>Patrick Henry Building<br>Washington, DC 20004 | Robert M. Foote<br>Foote, Meyers, Mielke & Flowers, LLC<br>416 S. Second Street<br>Geneva, IL 60134 |
| Jan R. Schlichtmann<br>Jan Richard Schlichtmann Atty At Law PC<br>P.O. Box 233<br>Prides Crossing, MA 01965 | Paul E. Simmerly<br>Herman, Recor, Araki, Kaufman,<br>Simmerly & Jackson, PLLC<br>2100 - 116th Avenue, NE<br>Bellevue, WA 98004 |

          /s/ Ethan M. Posner
          Ethan M. Posner (admitted *pro hac vice*)
          COVINGTON & BURLING LLP
          1201 Pennsylvania Avenue, NW
          Washington, DC 20004
          (Tel) 202-662-6000
          (Fax) 202-662-6291
          eposner@cov.com