UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 03-12189-RWZ


UNITED STATES OF AMERICA ex rel.
MARK EUGENE DUXBURY and DEAN McCLELLAN

v.

ORTHO BIOTECH PRODUCTS, L.P.

ORDER

August 13, 2012


ZOBEL, D.J.


     Defendant's Motion for Summary Judgment (Docket # 112) is ALLOWED given Relator's acknowledgment that, "[a]t the conclusion of the discovery period, in response to Defendant's discovery requests . . . Relator has not identified and does not possess any documents, witness testimony or other admissible evidence to support Relator's remaining allegations, as limited by the Court's Order dated September 27, 2010. . . ." Stipulation ¶¶ 10-11. See also Celotex v. Catrett, 477 U.S. 317, 322-23 (1986).

     To the extent Relator's opposition seeks reconsideration of the court's Order and Memorandum of Decision of September 27, 2010 (Docket # 106), such request is DENIED.

     Judgment shall be entered accordingly.


    August 13, 2012                   /s/Rya W. Zobel
        DATE                         RYA W. ZOBEL
                              UNITED STATES DISTRICT JUDGE