UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA ex rel**
        **Plaintiff**

**V.**

**ORTHO BIOTECH PRODUCTS, LP**
        **Defendants**

**CR ACTION**

**NO. 03CV12189-RWZ**

**JUDGMENT**

**ZOBEL, D. J.**

In accordance with the ORDER entered 8/13/12; Judgment is entered for DEFENDANT.

By the Court,

__8/13/12__              s/ Lisa A. Urso
**Date**             **Deputy Clerk**