**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| **ex rel. CHINYELU DUXBURY** ) | |
| ) | |
| **Relator,** ) | |
| ) | |
| **v.** ) | **Case No. 03-cv-12189-RWZ** |
| ) | |
| **ORTH BIOTECH PRODUCTS, L.P.,** ) | **Judge Rya W. Zobel** |
| ) | |
| **Defendant.** ) | |

**RELATOR'S NOTICE OF APPEAL**

Relator, Chinyelu Duxbury, hereby gives notice of her appeal from the 8-13-12 Order

entering judgment for Defendant and all supporting Orders including: the 8-13-12 Order granting

Defendant's motion for summary judgment and denying Relator's motion for reconsideration of

the Court's 9-27-10 Order and Memorandum of Decision; and the 9-27-10 Order and

Memorandum of Decision limiting Relator's claims.


Dated:  September 4, 2012

Respectfully submitted by counsel for Relator:

| | | |
|---|---|---|
| /s/ Jan Schlichtmann | /s/ Robert Foote | /s/ Kathleen Chavez |
| Jan R. Schlichtmann, Esq. | Robert Foote, Esq. | Kathleen Chavez, Esq. |
| PO Box 233 | Foote Meyers Mielke | Chavez Law Firm, PC |
| Prides Crossing, MA 01965 | & Flowers, LLC | 416 S. Second St. |
| 978-927-1037 | 416 S. Second St. | Geneva, IL 60134 |
| BBO #445900 | Geneva, IL 60134 | 630-232-4480 |
| Email: jan@schlichtmannlaw.com | 630-232-6333 | IL Bar No. 06255735 |
| | IL Bar No. 03124325 | |

/s/ Dale Aschemann
Dale J. Aschemann, #6269347
Aschemann Keller LLC
300 North Monroe Street

RELATOR'S 9-4-12 NOTICE OF APPEAL
PAGE 2


Marion, Illinois 62959-2326
Telephone:  (618) 998-9988
Facsimile:  (618) 993-2565

## CERTIFICATE OF ELECTRONIC SERVICE


This is to certify that on the 4th day of September, 2012 the above document was served on Ortho and the United States by electronic service.

/s/ Jan Schlichtmann
Jan R. Schlichtmann
Attorney for Relator